**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | |
|---|---|
| BRITTANY BLACK, PRESTON OWENS, and RACHEL WRIGHT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BO LUCKEY, in his official capacity as Chief of the Capitol Police, a unit of the Mississippi Department of Public Safety; and SEAN TINDELL, in his official capacity as Commissioner of the Mississippi Department of Public Safety,<br><br>Defendants. | Case No.<br><br>Class Action |

**DECLARATION OF JOSHUA TOM IN SUPPORT OF PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION**

I, Joshua Tom, state as follows:

1. I am the Legal Director at the American Civil Liberties Union of Mississippi ("ACLU"), and I am an attorney for Plaintiffs Brittany Black, Preston Owens, and Rachel Wright in this matter. I make this declaration in support of Plaintiffs' motions for class certification and for a preliminary injunction.

2. Attached as Exhibit B to the accompanying Motion for Class Certification ("Motion") is a true and accurate copy of the solicitation application developed by Defendants which I received from the Defendants in response to an open records request in May 2026.

EXHIBIT A

1

3. Attached as Exhibit C to the Motion is a true and accurate copy of the solicitation permit developed by Defendants which I received from the Defendants in response to an open records request in May 2026.

4. Attached as Exhibit D to the Motion is a true and accurate copy of an article titled "Panhandlers Slow to Apply for Solicitation Permits; No Requests Made As of Yet." The article was written by Nell Luter-Floyd and published in the Northside Sun on Feb. 27, 2026.

5. Attached as Exhibit E to the Motion is a true and accurate copy of a citation issued by the Capitol Police to Jeffry Norwood for intentionally obstructing "the public streets roadways at Street and High Street for the sole purpose of panhandling without a permit."

6. Attached as Exhibit F to the Motion is a true and accurate copy of the solicitation permit log developed by Defendants which I received from the Defendants in response to an open records request in May 2026.

7. Attached as Exhibit G to the Motion is a true and accurate copy of the Capitol Police Call Logs developed by Defendants which I received from the Defendants in response to an open records request in May 2026.

**Attorney Qualifications**

8. I earned my Juris Doctor Degree from Boston University School of Law in 2008. I am admitted to practice in Mississippi and New York, the Court of Appeals for the Fifth Circuit, the United States Districts Courts for the Southern and Northern Districts of Mississippi, and the State Courts of Mississippi including the Mississippi Supreme Court. Before the ACLU, I practiced corporate litigation from 2008 to 2014 at Skadden Arps in New York, NY.

9. I litigate a wide variety of civil rights cases in Mississippi state and federal courts, including trial, Court of Appeals, and the Supreme Court in Mississippi, and in federal district

court and the Fifth Circuit. These cases include challenging state laws and policies on redistricting and voting rights, speech and funding in public education, as well as cases on police misconduct, religious freedom, environmental justice and free speech. This includes putative class actions, *Jackson Federation of Teachers v. Fitch*, No. 3:25cv00417-HTW-LGI (S.D. Miss.) (putative class action) (case ongoing) and *Brown v. Madison County, MS*, No. 3:17cv347-CWR-LGI (S.D. Miss.) (putative class action) (case settled).

10.    In addition to the present case, I have handled many First Amendment and free speech matters and cases including at the Mississippi Supreme Court. I successfully negotiated and lobbied nine cities in Mississippi to repeal panhandling laws that restricted the speech rights of people asking for help. I successfully changed the policies of various state and local officials and governmental bodies who had censored people on their social media pages including Governor Tate Reeves, Representative Steve Palazzo, Mayor Hal Marx, Senators Roger Wicker and Cindy Hyde-Smith, and the Mississippi Department of Corrections. After sitting Justice Court Judge Gay Polk-Payton was reprimanded by the Mississippi Commission on Judicial Performance for her social media activity, I authored an amicus brief and argued it before the Mississippi Supreme Court in favor of Judge Polk-Payton's First Amendment rights and the ostensible selective enforcement against her. The Mississippi Supreme Court ruled in our favor. I am currently litigating at the Fifth Circuit a permitting scheme by Lafayette County, MS governing First Amendment activity on the historic courthouse grounds in the Oxford, MS Square. ACLU is joined in this litigation by several attorneys from the Southern Poverty Law Center ("SPLC").

11.    I am joined in this litigation with attorneys from the SPLC. Micah West is a Senior Supervising Attorney at SPLC. He earned his Juris Doctor Degree from the University of California, Berkeley, School of Law in 2013. He is admitted to practice law in the states of

3

Alabama and California (inactive status); the Courts of Appeals for the Fifth and Eleventh Circuits; the United States Supreme Court; and the United States District Courts for the Middle District of Alabama, the Northern District of Alabama, and the Central District of California. Before joining SPLC in the Fall of 2015, he clerked for the Honorable David M. Lawson of the United States District Court for the Eastern District of Michigan from Fall 2013 to Fall 2015.

12.    During Mr. West's time with SPLC, he has served as class counsel in the following certified class actions: *Singleton v. Taylor*, No. 2:20-cv-99 (M.D. Ala., filed 2020) & No. 23-11163 (11th Cir.) & No. 25-368 (U.S. Supreme Court); *Edwards v. Cofield*, No. 3:17-cv-321 (M.D. Ala. filed 2017) & No. 25-10843 (11th Cir.) (case ongoing); and *Wilson v. Gordon*, No. 3:14-CV-01492, 2014 WL 4347585 (M.D. Tenn. Sept. 2, 2014).

13.    His colleague and co-counsel, Miriam Gutman, is a Senior Staff Attorney at SPLC. She earned her Juris Doctor degree from the Emory University School of Law in 2015. She was admitted to practice law in the state of Georgia in 2015 and is admitted to the Courts of Appeals for the Eleventh Circuit and United States District Court in the Northern District of Georgia. She worked as a staff attorney, and later a senior staff attorney, in the General Law Unit of Atlanta Legal Aid from August 2015 to September 2021, at which time she joined SPLC.

14.    During her time with SPLC, Ms. Gutman has served as lead counsel or co-counsel for our firm on federal civil rights cases brought by plaintiffs challenging state laws and policies or practices in Alabama, Louisiana, and North Carolina. This work includes class action lawsuits in cases captioned *Edwards v. Cofield*, No. 3:17-cv-321 (M.D. Ala. filed 2017) (certified class action) (case ongoing); *King, et al v. Georgia, et al*, No. 1:21-cv-03082 (N.D. Ga. Filed 2021) (certified class action) (settled 2022); and *Johnson et al v. Goodwin*, No. 1:18-cv-467 (M.D. N.C. filed 2018) (certified class action) (settled 2022).

4

15.    His colleague and co-counsel, Ellen Degnan, is a Senior Staff Attorney at SPLC. She earned her Juris Doctor degree from the University of Miami School of Law in 2018. She was admitted to practice law in the state of Alabama in October 2018. She has served as class counsel in *Singleton v. Taylor*, No. 2:20-cv-99 (M.D. Ala., filed 2020) & No. 23-11163 (11th Cir.) & No. 25-368 (U.S. Supreme Court).

16.    His colleague and co-counsel, Kirsten Anderson, is the Deputy Legal Director of Economic Justice at the SPLC.  Ms. Anderson graduated *cum laude* from the University of Florida Levin College of Law in 2005.  She also has a master's degree and a bachelor's degree from the University of Florida. She has been licensed to practice law in Florida since 2005.  Prior to joining the SPLC, she was the Litigation Director at Southern Legal Counsel, a statewide nonprofit public interest law firm in Florida.  Ms. Anderson is an experience federal litigator admitted to the U.S. District Courts for the Northern District of Florida, Middle District of Florida, Southern District of Florida and the District of Columbia; the Courts of Appeals for the Fifth Circuit and Eleventh Circuit and the Eleventh Circuit; as well as the United State Supreme Court.

17.    Ms. Anderson served as class counsel in the following certified class actions: *Moreland v. Palmer*, 4:12-cv-00586-MW-CAS (N.D. Fla); *King et al. v. Georgia*, 1:21-cv-03082-JPB (N.D. Ga.); *Johnson, et al. v. Goodwin;* 1:18-CV-467 (M.D.N.C.); *Edwards v. Cofield*, No. 25-10843 (11th Cir.) (case ongoing); and *Singleton v. Taylor*, No. 23-11163 (11th Cir.) & No. 25-368 (U.S. Supreme Court).

18.    His colleague and co-counsel, Jacqueline Azis, is a Senior Staff Attorney at SPLC. She earned her Juris Doctor degree from the University of North Carolina School of Law in 2012. She was admitted to practice law in the state of Florida in November 2012 and is admitted to the U.S. Court of Appeals for the Eleventh Circuit, the Southern District of Florida, the Middle District

of Florida, the Northern District of Florida, and the U.S. District Court for the Central District of Illinois. Before joining SPLC in June 2025, she worked as an associate attorney for employment law firms, as an assistant public defender for the Fifth Judicial Circuit of Florida, and as a staff attorney for the American Civil Liberties Union of Florida from 2017-2024. She served as class counsel in *Barnett v. Tony*, 20-cv-61113 (S.D. Fla., filed 2020).

19.     Mr. West, Ms. Gutman, Ms. Degnan, Ms. Anderson, and Ms. Azis have extensive experience litigating First Amendment challenges specifically related to charitable solicitation. Mr. West, Ms. Degnan, and Ms. Anderson served as class counsel in a First Amendment certified class action challenging Alabama's solicitation laws. *Singleton v. Taylor*, No. 2:20-cv-99 (M.D. Ala., filed 2020) (certified class action), No. 23-11163 (11th Cir.), and No. 25-368 (U.S. Supreme Court). Additionally, Ms. Anderson has also served as counsel in three First Amendment challenges in Florida related to charitable solicitation, *Vigue v. Shoar*, 494 F. Supp. 3d 1204 (M.D. Fla. 2020) (granting summary judgment for plaintiff) and 2019 WL 1993551 (M.D. Fla. May 6, 2019) (granting preliminary injunction for plaintiff); *Booher v. Marion County*, No. 5:07-cv-00282, 2007 WL 96841482 (M.D. Fla. Sept. 21, 2007) (granting preliminary injunction for plaintiff); and *Luebke v. City of Ocala*, No. 5:21-cv-00219 (M.D. Fla., 2021 settlement). Ms. Azis also was counsel of record in *Luebke* and served as counsel in *Food Not Bombs v. City of Pensacola*, No. 3:17-cv-00345 (N.D. Fla., 2017 settlement). Ms. Gutman and Ms. Anderson filed an amicus brief in support of the plaintiffs in *Scott v. City of Daytona Beach*, Case Nos. 24-12662-AA, 24-12964-AA (11th Cir.). Ms. Anderson and Ms. Azis also filed an amicus brief in support of the appellant in *Watrous v. Florida*, 325 So. 3d 1017 (Fla. 2d DCA 2021).

20.     Their firm, SPLC, has been deemed adequate class counsel in more than twenty cases, including: *Alexander v. Sandoval*, 532 U.S. 275 (2001); *Rosiles-Perez v. Superior Forestry*

*Serv.*, 250 F.R.D. 332 (M.D. Tenn. 2008); *Escolastico De Leon-Granados v. Eller & Sons Trees*, 2006 U.S. Dist. LEXIS 73781 (N.D. Ga., Sept. 28, 2006); *Recinos-Recinos v. Express Forestry, Inc.*, 233 F.R.D. 472 (E.D. La. 2006); *Salinas-Rodriguez v. Alpha Services, LLC*, No. 3:05 CV 440 WHB-AGN (S.D. Miss. 2005); *Gaddis v. Campbell*, 03-T-390-N (M.D. Ala. 2003); *Baker v. Campbell*, CV-03-1114-M (N.D. Ala. 2003); *S.S. v. Wood*, No. 01-M-224-N (M.D. Ala. 2001).

21.    Plaintiffs' counsel has sufficient funds available to litigate this case. Plaintiffs' counsel has paid for all costs associated with this litigation to date and will continue to do so.

22.    Plaintiffs' counsel has also spent substantial time and effort to investigate Plaintiffs' and the proposed Class's claims by, inter alia, speaking with individuals who solicit within the jurisdiction of the Capitol Police; investigating Defendants' permit practices; and sending multiple records requests to Defendants about their implementation of the challenged laws.

I swear under penalty of perjury that the information in this affidavit is true to the best of my memory, knowledge, and belief.

**EXECUTED** this 27th day of May, 2026.

/s/ *Joshua Tom*
Joshua Tom
MS Bar No. 105392
AMERICAN CIVIL LIBERTIES
UNION OF MISSISSIPPI
P.O. Box 1142
Jackson, MS 39225
(601) 354-3408 (tel.)
(601) 355-6465 (fax)
jtom@aclu-ms.org

7

## <u>CERTIFICATE OF SERVICE</u>

Undersigned counsel does hereby certify that on this date, a true and correct copy of the above and foregoing has been filed with the Clerk of the Court via the Court's electronic filing system, and notification of such filing was sent to all counsel of record via same.

Dated: May 27, 2026                     /s/ *Joshua Tom*
                                        Joshua Tom