

**STATE OF MISSISSIPPI**
TATE REEVES, GOVERNOR
**DEPARTMENT OF PUBLIC SAFETY**
SEAN J. TINDELL, COMMISSIONER

| FOR OFFICE USE ONLY |
| --- |
| DATES |
| APPL. RECEIVED: _____ |
| PERMIT ISSUED:  _____ |

## APPLICATION FOR SOLICITATION PERMIT

Applicant Name:  _____

Applicant Address:  _____

_____

Telephone Number: _____

Organization:  _____

Date of Event: _____

Location: _____

Time of Solicitation: _____

You have applied for a solicitation permit as required by Mississippi Code Annotated §17-31-7.  If approved, the permit will allow you to engage in solicitation activities at the requested location during daylight hours, beginning at 9:00 a.m.  The cost of the permit is $25.

APPLICANT MUST RETURN THE APPLICATION IN PERSON TO:
501 North West Street
Jackson, MS 39201

Please be advised that no solicitor may impede traffic at any time.  Solicitors shall not interfere with the safe and efficient movement of traffic and shall not cause danger to the participants or the public. Violators will have their permit revoked and will be subject to other enforcement actions including citations and/or arrest.

Your signature below signifies that you are aware of the restrictions associated with the permit and that you agree to abide by the provisions set forth in Mississippi Code Annotated §17-31-7.

_____          _____
APPLICANT SIGNATURE                                  DATE

EXHIBIT B