

**STATE OF MISSISSIPPI**
TATE REEVES, GOVERNOR
**DEPARTMENT OF PUBLIC SAFETY**
SEAN J. TINDELL, COMMISSIONER

**Permit Fee: $25.00**
(Non-Transferable)

<u>Solicitation Permit</u>

Permit No.: _____

Issue Date: _____

Applicant Name: _____

Applicant Address: _____

Telephone Number: _____

Organization: _____

Date of Event: _____

Location: _____

Time of Solicitation: _____

The above applicant is hereby authorized to solicit under the provisions set forth in Mississippi Code Annotated §17-31-7.

| FOR OFFICIAL USE ONLY: |
| --- |
| Approval Signature: _____   Date: _____ |

**Note:  Solicitor must possess this permit while engaging in solicitation activities.**

EXHIBIT C