1:41





# STATE OF MISSISSIPPI
# CAPITOL POLICE

500 North West Street, Jackson, MS 39201



Case No: 2025-101200

## General Affidavit

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

Personally appeared before me, the undersigned authority, in and for **The State of Mississippi Capitol Police, Cameron Spann (P42)** who being duly sworn, deposes and says that in the said **State of Mississippi** on or about the **8**th day of **October 2025**, one **Jeffry Norwood**

Did willfully, unlawfully, knowingly, intentional obstruct the public streets roadways at State and High Street for the sole purpose of panhandling without a permit.

**CHARGE: [Obstructing traffic 97-35-23)}**

AFFIANT: _____

Sworn and Subscribed before me this ___8th___ day of _OCTOBER_ 20_25_

_____ (P-8)
CCID  Representative

SUSPECT NAME: Jeremy Littleton
DOB: 02/07/1972
SSN#:425573686
ADDRESS: 4483 Van Norman Rd.

**GENERAL AFFIDAVIT**
**STATE OF MISSISSIPPI**
**HINDS COUNTY**
**Capitol Complex Improvement District Court**
Case Number:

sonally appeared before me, _Nico Stringa_ who makes oath on or about
12 day of December, 2025 within the corporate limits of said and in the jurisdiction of the Capital

EXHIBIT E