| Event ID | Original Ev | Event Type | Event Type | Event Sub | Status | Case ID | Full Address | Street Name | Agency ID | Created | Created By | Updated | Updated By | Received | Queued | Dispatched | Enroute | Arrived | Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026030401 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD | 2026-03-03T21 37 50 917Z | sa | 2026-03-03T22 06 29 640Z | RCLEE | 2026-03-03T21 37 50 917Z | | 2026-03-03T21 40 52 017Z | 2026-03-03T21 41 03 300Z | 2026-03-03T21 49 09 063Z | 2026-03-03T22 06 24 457Z |
| 2026023319 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 S FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 S FRONTAGE RD | MSCPD | 2026-02-24T18 21 00 677Z | sa | 2026-02-24T18 00 57 287Z | MHARVEY | 2026-02-24T18 00 57 287Z | | 2026-02-24T18 01 22 080Z | 2026-02-24T18 01 28 917Z | 2026-02-24T18 09 15 133Z | 2026-02-24T18 20 58 550Z |
| 2026022895 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTIFICATION ST JACKSON, MS 39202-0000 | FORTIFICATION | MSCPD | 2026-02-21T23 32 39 453Z | sa | 2026-02-21T23 42 22 630Z | DHENLEY | 2026-02-21T23 32 39 453Z | | 2026-02-21T23 33 25 623Z | 2026-02-21T23 33 51 767Z | 2026-02-21T23 39 30 567Z | 2026-02-21T23 42 20 670Z |
| 2026022880 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 300 W CAPITOL ST JACKSON, MS 39203-0000 | CAPITOL | MSCPD | 2026-02-21T21 52 26 947Z | sa | 2026-02-21T22 07 38 103Z | RCLEE | 2026-02-21T21 52 26 947Z | | 2026-02-21T21 53 07 910Z | 2026-02-21T22 00 21 717Z | 2026-02-21T22 02 34 780Z | 2026-02-21T22 07 34 047Z |
| 2026022684 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 SB / EXIT 98B LAKELAND DR DR JACKSON, MS | I-55 SB / EXIT 98B LAKELAND DR | MSCPD | 2026-02-20T18 16 24 190Z | sa | 2026-02-20T18 30 45 397Z | DHENLEY | 2026-02-20T18 16 24 190Z | | 2026-02-20T18 21 03 740Z | 2026-02-20T18 21 16 673Z | 2026-02-20T18 27 41 407Z | 2026-02-20T18 30 01 040Z |
| 2026022683 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I55 / NORTHIDE DR Jackson, MS | I55 / NORTHIDE | MSCPD | 2026-02-20T18 08 11 240Z | sa | 2026-02-20T18 36 14 343Z | RCLEE | 2026-02-20T18 08 11 240Z | | 2026-02-20T18 08 47 393Z | 2026-02-20T18 09 09 900Z | 2026-02-20T18 17 55 780Z | 2026-02-20T18 31 34 237Z |
| 2026022509 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | RIDGEWOOD RD / LAKELAND DR JACKSON, MS 39201-0000 | RIDGEWOOD RD / LAKELAND DR | MSCPD | 2026-02-19T14 06 48 650Z | sa | 2026-02-19T14 15 37 230Z | TDAY | 2026-02-19T14 06 48 650Z | | 2026-02-19T14 07 50 053Z | | 2026-02-19T14 15 22 673Z | 2026-02-19T14 15 35 027Z |
| 2026021933 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 SB / MEADOWBROOK RD JACKSON, MS | I-55 SB / MEADOWBROOK RD | MSCPD | 2026-02-14T19 36 11 873Z | sa | 2026-02-14T20 33 51 420Z | MHARVEY | 2026-02-14T19 36 11 873Z | | 2026-02-14T19 38 05 883Z | 2026-02-14T19 47 17 713Z | 2026-02-14T20 01 37 490Z | |
| 2026021649 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 305 meadowbrook RD Jackson, MS | meadowbrook | MSCPD | 2026-02-12T22 21 02 917Z | sa | 2026-02-12T22 46 58 620Z | BCATES | 2026-02-12T22 21 02 917Z | | 2026-02-12T22 23 54 237Z | 2026-02-12T23 59 747Z | 2026-02-12T22 35 35 700Z | 2026-02-12T22 46 55 113Z |
| 2026021639 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 655 DULING AVE Jackson, MS | DULING | MSCPD | 2026-02-12T21 01 06 690Z | sa | 2026-02-12T21 26 19 857Z | DHENLEY | 2026-02-12T21 01 06 690Z | | 2026-02-12T21 06 41 560Z | 2026-02-12T15 03 02 710Z | 2026-02-12T15 05 11 687Z | 2026-02-12T15 24 09 757Z |
| 2026020728 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 S FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 S FRONTAGE RD | MSCPD | 2026-02-07T00 34 01 683Z | sa | 2026-02-07T00 48 54 473Z | KDANIELS | 2026-02-07T00 34 01 683Z | | 2026-02-07T00 37 14 997Z | 2026-02-07T00 37 20 330Z | 2026-02-07T00 40 47 577Z | 2026-02-07T00 48 52 957Z |
| 2026020598 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 401 E SOUTH ST JACKSON HINDS, MS | SOUTH | MSCPD | 2026-02-05T23 10 51 360Z | sa | 2026-02-24T22 21 34 320Z | TDAY | 2026-02-05T23 10 51 357Z | | 2026-02-05T23 25 42 090Z | 2026-02-05T23 37 07 347Z | | |
| 2026012257 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 401 E SOUTH ST JACKSON HINDS, MS 39201 | SOUTH | MSCPD | 2026-01-17T16 58 38 647Z | sa | 2026-01-17T17 13 41 493Z | MHARVEY | 2026-01-17T16 58 38 647Z | | 2026-01-17T16 59 45 820Z | 2026-01-17T16 59 50 340Z | 2026-01-17T17 11 58 537Z | 2026-01-17T17 13 39 797Z |
| 2026011092 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTFICATION ST Jackson, MS | FORTIFICATION | MSCPD | 2026-01-09T17 12 11 267Z | sa | 2026-01-09T17 12 02 037Z | MHARVEY | 2026-01-09T17 11 30 653Z | | 2026-01-09T17 44 00 297Z | 2026-01-09T17 51 43 673Z | | 2026-01-09T17 51 43 673Z |
| 2026011024 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 SB / MEADOWBROOK RD JACKSON, MS | I-55 SB / MEADOWBROOK RD | MSCPD | 2026-01-08T23 53 18 730Z | sa | 2026-01-09T00 02 11 143Z | LPALMERKING | 2026-01-08T23 53 18 730Z | | 2026-01-08T23 54 16 047Z | 2026-01-08T23 54 18 837Z | 2026-01-09T00 01 59 090Z | 2026-01-09T00 02 09 773Z |
| 2026010407 | PAN | PAN | PANHANDLING | | Closed | 20260104 | 340 E FORTIFICATION ST Jackson, MS | FORTIFICATION | MSCPD, MSCPDHatti | 2026-01-04T19 13 14 373Z | sa | 2026-02-22T02 21 15 777Z | LPALMERKING | 2026-01-04T19 13 14 373Z | | 2026-01-04T19 25 51 353Z | 2026-01-04T19 25 59 100Z | 2026-01-04T19 31 47 993Z | 2026-01-04T20 04 10 550Z |
| 2026010234 | PAN | PAN | PANHANDLING | | Closed | 20260102 | MEADOWBROOK RD / I-55 S FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 S FRONTAGE RD | MSCPD, MSCPDHatti | 2026-01-02T20 13 08 073Z | sa | 2026-01-02T20 18 53 513Z | TDAY | 2026-01-02T20 13 08 073Z | | 2026-01-02T20 13 47 060Z | 2026-01-02T20 13 52 347Z | 2026-01-02T20 16 50 477Z | 2026-01-02T20 18 49 857Z |
| 2026010126 | PAN | PAN | PANHANDLING | | Closed | 20260101 | LAKELAND DR EB / I-55 JACKSON, MS | LAKELAND DR EB / I-55 | MSCPD, MSCPDHatti | 2026-01-02T02 21 00 730Z | sa | 2026-01-02T02 37 06 443Z | SRAMAGE | 2026-01-02T02 21 00 730Z | | 2026-01-02T02 34 47 650Z | 2026-01-02T02 36 15 823Z | 2026-01-02T02 37 04 450Z | |
| 2025123972 | PAN | PAN | PANHANDLING | | Closed | 20251239 | 340 E FORTFICATION Jackson, MS | FORTIFICATION | MSCPD, MSCPDHatti | 2025-12-31T19 51 54 940Z | sa | 2026-01-01T01 15 38 143Z | SRAMAGE | 2025-12-31T19 51 54 937Z | | 2025-12-31T19 52 35 150Z | 2025-12-31T19 52 54 507Z | 2025-12-31T19 54 44 550Z | 2025-12-31T20 07 46 137Z |
| 2025123620 | PAN | PAN | PANHANDLING | | Closed | 20251236 | 4800 I55 Jackson, MS | I55 | MSCPD, MSCPDHatti | 2025-12-28T19 51 13 190Z | sa | 2025-12-28T20 03 52 610Z | DHENLEY | 2025-12-28T19 51 13 190Z | | 2025-12-28T19 57 02 527Z | 2025-12-28T19 58 13 197Z | 2025-12-28T20 00 30 460Z | 2025-12-28T20 03 50 973Z |
| 2025123500 | PAN | PAN | PANHANDLING | | Closed | 20251235 | 1095 US-80 HWY JACKSON, MS 39204 | US-80 | MSCPD, MSCPDHatti | 2025-12-28T01 14 54 297Z | sa | 2025-12-28T01 55 25 867Z | SRAMAGE | 2025-12-28T01 14 54 297Z | | 2025-12-28T01 15 27 697Z | 2025-12-28T01 15 34 543Z | 2025-12-28T01 53 04 470Z | 2025-12-28T01 55 24 430Z |
| 2025123445 | PAN | PAN | PANHANDLING | | Closed | 20251234 | 340 E FORTIFICATION ST Jackson, MS | FORTIFICATION | MSCPD, MSCPDHatti | 2025-12-27T15 48 18 710Z | sa | 2025-12-27T15 48 18 710Z | DHENLEY | 2025-12-27T15 03 02 710Z | | 2025-12-27T15 03 02 710Z | 2025-12-27T15 05 11 687Z | 2025-12-27T15 05 11 687Z | 2025-12-27T15 24 09 757Z |
| 2025122955 | PAN | PAN | PANHANDLING | | Closed | 20251229 | 1095 US-80 HWY JACKSON, MS 39204 | US-80 | MSCPD, MSCPDHatti | 2025-12-24T00 52 49 500Z | sa | 2025-12-24T01 10 12 830Z | SRAMAGE | 2025-12-24T00 52 49 497Z | | 2025-12-24T01 00 46 120Z | 2025-12-24T01 00 52 317Z | 2025-12-24T01 09 53 240Z | 2025-12-24T01 10 10 990Z |
| 2025122937 | PAN | PAN | PANHANDLING | | Closed | 20251229 | 340 E FORTIFICATION ST Jackson, MS | FORTIFICATION | MSCPD, MSCPDHatti | 2025-12-23T22 40 07 187Z | sa | 2026-02-22T22 32 36 507Z | DHENLEY | 2025-12-23T22 40 07 187Z | | 2025-12-23T22 41 42 663Z | 2025-12-23T22 41 46 663Z | 2025-12-23T22 43 04 807Z | 2025-12-23T10 42 410Z |
| 2025122934 | PAN | PAN | PANHANDLING | | Closed | 20251229 | 1095 US 80 Jackson, MS | US 80 | MSCPD, MSCPDHatti | 2025-12-23T22 32 15 240Z | sa | 2025-12-23T23 11 21 177Z | MHARVEY | 2025-12-23T22 32 15 240Z | | 2025-12-23T22 32 43 873Z | 2025-12-23T22 32 48 670Z | 2025-12-23T22 42 17 190Z | 2025-12-23T11 19 853Z |
| 2025122860 | PAN | PAN | PANHANDLING | | Closed | 20251228 | MEADOWBROOK/ I 55 S OF FRONTAGE RD Jackson, MS | MEADOWBROOK/ I 55 S OF FRONTAGE RD | MSCPD, MSCPDHatti | 2025-12-23T15 18 05 623Z | BCATES | 2025-12-23T15 01 95 050Z | | 2025-12-23T15 05 11 687Z | | 2025-12-23T15 11 52 33 070Z | 2025-12-23T15 18 01 857Z | | |
| 2025122522 | PAN | PAN | PANHANDLING | | Closed | 20251225 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD, MSCPDHatti | 2025-12-20T20 01 30 447Z | sa | 2025-12-20T20 12 42 643Z | TDAY | 2025-12-20T20 01 30 447Z | | 2025-12-20T20 02 30 183Z | 2025-12-20T20 02 43 590Z | 2025-12-20T07 45 803Z | 2025-12-20T12 40 793Z |
| 2025121632 | PAN | PAN | PANHANDLING | | Closed | 20251216 | 340 E fortifcation ST JACKSON, MS | fortifcation | MSCPD, MSCPDHatti | 2025-12-13T19 55 08 333Z | sa | 2025-12-13T09 03 207Z | MHARVEY | 2025-12-13T19 55 06 990Z | | 2025-12-13T20 06 55 263Z | 2025-12-13T20 09 01 480Z | | |
| 2025121045 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | E NORTHSIDE DR / I-55 S FRONTAGE RD JACKSON, MS | E NORTHSIDE DR / I-55 S FRONTAGE RD | MSCPD | 2025-12-09T20 42 27 200Z | sa | 2025-12-09T20 55 25 083Z | MHARVEY | 2025-12-09T20 42 27 200Z | | 2025-12-09T20 47 31 390Z | 2025-12-09T20 47 35 973Z | 2025-12-09T20 54 01 367Z | 2025-12-09T20 55 23 560Z |
| 2025120674 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | N STATE ST / E FORTIFICATION ST JACKSON, MS | N STATE ST / E FORTIFICATION ST | MSCPD | 2025-12-06T16 06 41 183Z | sa | 2025-12-06T16 06 41 180Z | DHENLEY | 2025-12-06T16 06 41 180Z | | 2025-12-06T16 06 58 660Z | 2025-12-06T16 09 37 833Z | 2025-12-06T16 12 37 113Z | |
| 2025113425 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 S FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 S FRONTAGE RD | MSCPD | 2025-11-26T20 00 13 390Z | sa | 2025-11-26T20 13 24 340Z | TDAY | 2025-11-26T20 00 13 390Z | | 2025-11-26T20 00 26 233Z | 2025-11-26T20 01 00 313Z | 2025-11-26T20 12 13 910Z | 2025-11-26T20 13 22 170Z |
| 2025113234 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | E NORTHSIDE DR / I-55 N FRONTAGE RD JACKSON, MS | E NORTHSIDE DR / I-55 N FRONTAGE RD | MSCPD | 2025-11-25T14 17 12 510Z | sa | 2025-11-25T14 23 23 567Z | DHENLEY | 2025-11-25T14 17 12 510Z | | 2025-11-25T14 19 32 170Z | 2025-11-25T14 21 51 023Z | 2025-11-25T14 23 21 233Z | |
| 2025112512 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 320 GREYMONT AVE/HAMPTON JACKSON 39201-0000 | GREYMONT AVE/HAMPTON | MSCPD | 2025-11-20T04 13 30 937Z | sa | 2025-11-20T04 37 33 903Z | RCLEE | 2025-11-20T04 13 30 937Z | | 2025-11-20T04 15 53 343Z | 2025-11-20T04 15 59 173Z | 2025-11-20T04 32 41 920Z | 2025-11-20T04 37 16 887Z |
| 2025112057 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 1015 E NORTHSIDE DR JACKSON, MS | NORTHSIDE | MSCPD | 2025-11-16T20 48 25 357Z | sa | 2025-11-16T20 49 00 213Z | DHENLEY | 2025-11-16T20 48 25 357Z | | 2025-11-16T20 49 29 973Z | 2025-11-16T20 52 12 730Z | 2025-11-16T20 52 02 540Z | 2025-11-16T20 54 00 383Z |
| 2025110077 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD | 2025-11-01T18 05 29 183Z | sa | 2025-11-01T18 21 53 843Z | MHARVEY | 2025-11-01T18 05 29 183Z | | 2025-11-01T18 06 21 810Z | 2025-11-01T18 06 26 900Z | 2025-11-01T18 15 37 523Z | 2025-11-01T18 18 01 910Z |
| 2025103611 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTIFICATION ST JACKSON, MS 39202-0000 | FORTIFICATION | MSCPD | 2025-10-28T01 07 42 023Z | sa | 2025-10-28T01 20 29 620Z | KDANIELS | 2025-10-28T01 07 42 023Z | | 2025-10-28T01 08 49 520Z | 2025-10-28T01 08 48 390Z | 2025-10-28T01 17 38 830Z | 2025-10-28T01 20 28 550Z |
| 2025103260 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD | 2025-10-24T17 50 45 757Z | sa | 2025-10-24T18 44 24 517Z | LPALMERKING | 2025-10-24T17 50 45 753Z | 2025-10-2 | 2025-10-24T18 14 57 050Z | 2025-10-24T18 15 00 227Z | 2025-10-24T18 26 17 957Z | 2025-10-24T18 44 22 077Z |
| 2025103048 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 1805 US-80 JACKSON, MS | US-80 | MSCPD | 2025-10-23T03 24 01 347Z | sa | 2025-10-23T03 30 18 19 470Z | WLEHMAN | 2025-10-23T03 24 01 343Z | | 2025-10-23T03 24 39 703Z | 2025-10-23T03 29 41 820Z | | |
| 2025102789 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 380 W WOODROW WILSON AVE JACKSON HINDS, MS 39213 | WOODROW WILSON | MSCPD | 2025-10-20T20 33 05 320Z | sa | 2025-10-20T20 34 57 547Z | LPALMERKING | 2025-10-20T20 33 05 320Z | | | | | 2025-10-20T20 34 55 347Z |
| 2025102461 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | N STATE ST / E FORTIFICATION ST JACKSON, MS | N STATE ST / E FORTIFICATION ST | MSCPD | 2025-10-18T11 45 54 940Z | sa | 2025-10-18T11 53 03 567Z | MHARVEY | 2025-10-18T11 45 54 940Z | | 2025-10-18T11 47 22 663Z | 2025-10-18T11 49 44 900Z | 2025-10-18T11 51 49 413Z | 2025-10-18T11 52 59 713Z |
| 2025102202 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 947 N STATE ST/REGIONS BANK JACKSON, MS 39201-0000 | STATE ST/REGIONS BANK | MSCPD | 2025-10-16T16 51 55 400Z | sa | 2026-03-04T17 28 19 810Z | LPALMERKING | 2025-10-16T16 51 55 400Z | | 2025-10-16T16 52 47 857Z | 2025-10-16T16 52 53 503Z | 2025-10-16T17 00 11 713Z | 2025-10-16T17 08 22 420Z |
| 2025102180 | THEFT | | | | Closed | 2E+09 | 2807 OLD CANTON RD JACKSON, MS 39216 | OLD CANTON | MSCPD | 2025-10-16T13 51 29 093Z | sa | 2025-10-16T13 51 29 093Z | TDAY | 2025-10-16T13 51 43 403Z | | | | 2025-10-16T13 51 47 797Z | 2025-10-16T13 54 51 433Z |
| 2025102019 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 NB / EXIT 98B LAKELAND DR JACKSON, MS | I-55 NB / EXIT 98B LAKELAND DR | MSCPD | 2025-10-14T23 31 12 150Z | sa | 2025-10-15T00 07 29 163Z | WLEHMAN | 2025-10-14T23 31 12 150Z | | 2025-10-15T00 06 52 947Z | | 2025-10-15T00 06 58 870Z | |
| 2025102007 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 N FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 N FRONTAGE RD | MSCPD | 2025-10-14T21 50 47 100Z | sa | 2025-10-14T22 03 36 450Z | hvaughn | 2025-10-14T21 51 12 477Z | | 2025-10-14T21 51 12 477Z | 2025-10-14T21 54 03 887Z | 2025-10-14T21 55 14 833Z | 2025-10-14T22 03 34 900Z |
| 2025101988 | BUS | | | | Closed | 2E+09 | 340 E fortification ST JACKSON, MS | fortification | MSCPD | 2025-10-14T19 16 47 863Z | sa | 2025-10-14T19 27 36 893Z | RSUGGS | 2025-10-14T19 16 47 860Z | | 2025-10-14T19 17 46 873Z | 2025-10-14T19 17 50 663Z | 2025-10-14T19 19 05 097Z | 2025-10-14T19 27 34 293Z |
| 2025101825 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 1220 E northside DR 280 JACKSON, MS | northside | MSCPD | 2025-10-13T15 53 37 293Z | sa | 2025-10-13T15 53 50 163Z | MHARVEY | 2025-10-13T15 53 37 293Z | | 2025-10-13T15 53 50 163Z | 2025-10-13T15 56 24 473Z | 2025-10-13T16 03 06 350Z | 2025-10-13T16 08 03 623Z |
| 2025101731 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTIFICATION ST JACKSON, MS 39202-0000 | FORTIFICATION | MSCPD | 2025-10-12T15 25 06 140Z | sa | 2025-10-12T15 31 40 627Z | TDAY | 2025-10-12T15 25 06 137Z | | 2025-10-12T15 25 17 960Z | 2025-10-12T15 26 00 497Z | 2025-10-12T15 29 04 273Z | 2025-10-12T15 31 38 580Z |
| 2025101601 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | N WEST ST / MAYES ST JACKSON, MS | N WEST ST / MAYES ST | MSCPD | 2025-10-11T20 43 16 707Z | sa | 2025-10-11T21 17 04 813Z | MHARVEY | 2025-10-11T20 43 16 707Z | | 2025-10-11T20 43 43 570Z | | 2025-10-11T20 54 07 703Z | |
| 2025101260 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 SB / EXIT 98B LAKELAND DR JACKSON, MS | I-55 SB / EXIT 98B LAKELAND DR | MSCPD | 2025-10-09T13 54 20 460Z | sa | 2025-10-09T14 32 54 300Z | MHARVEY | 2025-10-09T13 54 20 460Z | | 2025-10-09T13 55 19 200Z | 2025-10-09T14 03 27 527Z | 2025-10-09T14 31 06 657Z | 2025-10-09T14 32 52 777Z |
| 2025101063 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTIFICATION ST JACKSON, MS 39202-0000 | FORTIFICATION | MSCPD | 2025-10-07T21 35 44 287Z | sa | 2025-10-07T21 35 44 282Z | TDAY | 2025-10-07T21 35 44 283Z | | 2025-10-07T21 38 31 960Z | 2025-10-07T21 39 33 560Z | 2025-10-07T21 40 49 643Z | |
| 2025100041 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 0 LAKELAND DR JACKSON, MS | LAKELAND | MSCPD | 2025-10-01T12 46 47 527Z | sa | 2025-10-01T12 57 44 593Z | TDAY | 2025-10-01T12 46 47 527Z | | 2025-10-01T12 46 55 397Z | | 2025-10-01T12 49 15 767Z | 2025-10-01T12 57 41 330Z |
| 2025093755 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD | 2025-09-30T20 44 39 797Z | sa | 2025-09-30T21 12 53 333Z | MHARVEY | 2025-09-30T20 44 39 773Z | | 2025-09-30T20 58 57 207Z | 2025-09-30T21 07 20 047Z | 2025-09-30T21 22 28 280Z | 2025-09-30T21 12 51 070Z |
| 2025093340 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 305 MEADOW BROOK RD JACKSON, MS | MEADOW BROOK | MSCPD | 2025-09-26T23 56 25 940Z | sa | 2025-09-27T00 16 50 383Z | DHENLEY | 2025-09-26T23 56 25 920Z | | 2025-09-26T23 57 59 797Z | 2025-09-27T00 10 29 590Z | 2025-09-26T00 16 08 380Z | |
| 2025093286 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 1095 HWY 80 JACKSON, MS | HWY 80 | MSCPD | 2025-09-26T15 18 26 427Z | sa | 2025-09-26T15 18 26 427Z | LPALMERKING | 2025-09-26T15 18 26 427Z | | | | | |
| 2025093031 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 947 N STATE ST JACKSON, MS | STATE | MSCPD | 2025-09-24T15 56 28 833Z | sa | 2025-09-24T15 59 34 460Z | WLEHMAN | 2025-09-24T15 56 28 830Z | | 2025-09-24T15 56 37 820Z | 2025-09-24T15 56 42 437Z | 2025-09-24T15 57 48 490Z | |
| 2025092309 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | RIDGEWOOD/LAKELAND JACKSON, MS | RIDGEWOOD/LAKELAND | MSCPD | 2025-09-18T18 24 56 437Z | sa | 2025-09-18T18 59 45 617Z | TDAY | 2025-09-18T18 24 56 437Z | | 2025-09-18T18 29 57 490Z | 2025-09-18T18 30 06 870Z | 2025-09-18T18 36 02 033Z | 2025-09-18T18 44 11 720Z |
| 2025091939 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 S FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 S FRONTAGE RD | MSCPD | 2025-09-21T04 30 15 007Z | sa | 2025-09-15T23 22 54 000Z | TDAY | 2025-09-15T23 28 56 003Z | | 2025-09-15T23 36 24 790Z | 2025-09-15T23 39 13 207Z | | |
| 2025091725 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTIFICATION ST JACKSON, MS 39202 | FORTIFICATION | MSCPD | 2025-09-13T22 55 15 587Z | sa | 2025-09-13T23 49 28 077Z | JPARESIA | 2025-09-13T22 55 15 587Z | | 2025-09-13T23 03 49 573Z | 2025-09-13T23 03 59 427Z | 2025-09-13T23 47 48 517Z | 2025-09-13T23 47 45 260Z |
| 2025091310 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD | 2025-09-11T00 09 33 907Z | sa | 2025-09-11T00 07 35 133Z | JPARESIA | 2025-09-11T00 07 35 133Z | | 2025-09-11T00 07 35 133Z | 2025-09-11T00 09 33 880Z | 2025-09-11T00 07 34 773Z | |
| 2025091027 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | lakeland dr JACKSON, MS | lakeland dr | MSCPD | 2025-09-08T14 17 31 280Z | sa | 2025-09-08T14 40 08 377Z | DHENLEY | 2025-09-08T14 17 31 280Z | | 2025-09-08T14 18 59 620Z | 2025-09-08T14 19 44 003Z | 2025-09-08T14 24 560Z | 2025-09-08T14 40 05 387Z |
| 2025090961 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 S FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 S FRONTAGE RD | MSCPD | 2025-09-08T00 44 23 700Z | sa | 2025-09-08T00 55 40 413Z | SRAMAGE | 2025-09-08T00 43 51 000Z | | 2025-09-08T00 43 51 000Z | 2025-09-08T00 43 51 000Z | 2025-09-08T00 55 31 290Z | 2025-09-08T00 55 30 250Z |
| 2025090915 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | NORTHSIDE DR JACKSON, MS | NORTHSIDE | MSCPD | 2025-09-04T19 36 56 973Z | sa | 2025-09-04T19 36 56 973Z | hvaughn | 2025-09-07T17 54 53 160Z | | 2025-09-07T17 55 18 683Z | 2025-09-07T17 55 23 290Z | 2025-09-07T18 05 17 803Z | 2025-09-07T18 15 57 260Z |
| 2025090259 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | E NORTHSIDE DR / I-55 S FRONTAGE RD JACKSON, MS | E NORTHSIDE DR / I-55 S FRONTAGE RD | MSCPD | 2025-09-03T00 20 18 937Z | sa | 2025-09-03T00 33 13 443Z | SRAMAGE | 2025-09-03T00 19 54 000Z | | 2025-09-03T00 19 54 000Z | 2025-09-03T00 19 54 000Z | 2025-09-03T00 33 11 503Z | |
| 2025090237 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 SB / EXIT 98B LAKELAND DR JACKSON, MS | I-55 SB / EXIT 98B LAKELAND DR | MSCPD | 2025-09-02T21 03 12 910Z | sa | 2025-09-02T21 33 28 487Z | TDAY | 2025-09-02T21 21 28 497Z | | 2025-09-02T21 28 28 497Z | 2025-09-02T21 30 36 583Z | 2025-09-02T21 36 58 453Z | 2025-09-02T11 33 26 400Z |
| 2025083755 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 N FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 N FRONTAGE RD | MSCPD | 2025-08-30T02 49 49 190Z | sa | 2025-08-30T02 56 25 880Z | TDAY | 2025-08-30T02 49 49 190Z | | 2025-08-30T02 50 16 933Z | 2025-08-30T02 50 35 150Z | 2025-08-30T02 50 23 357Z | 2025-08-30T02 56 21 820Z |
| 2025083745 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 1501 JACKSONIAN PLZ JACKSON, MS 39211 | JACKSONIAN PLZ | MSCPD | 2025-08-29T23 49 26 073Z | sa | 2025-08-30T00 40 31 780Z | TDAY | 2025-08-29T23 58 19 697Z | | 2025-08-29T23 58 19 697Z | 2025-08-29T23 58 23 910Z | 2025-08-30T00 05 09 827Z | 2025-08-30T00 07 31 187Z |
| 2025083720 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | N STATE ST / E FORTIFICATION ST JACKSON, MS | N STATE ST / E FORTIFICATION ST | MSCPD | 2025-08-29T20 04 38 147Z | sa | 2025-08-29T20 13 31 643Z | TDAY | 2025-08-29T20 04 38 143Z | 2025-08-29T20 05 26 667Z | | | | 2025-08-29T20 13 29 653Z |
| 2025083709 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 340 E FORTIFICATION ST JACKSON, MS 39202 | FORTIFICATION | MSCPD | 2025-08-29T18 16 53 290Z | sa | 2025-08-29T20 14 18 707Z | LPALMERKING | 2025-08-29T18 17 47 903Z | | 2025-08-29T18 18 10 907Z | 2025-08-29T18 22 48 993Z | 2025-08-29T18 22 48 993Z | |
| 2025083678 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | OLD CANTON RD / I-55 N FRONTAGE RD JACKSON, MS | OLD CANTON RD / I-55 N FRONTAGE RD | MSCPD | 2025-08-29T14 47 39 630Z | sa | 2025-08-29T14 53 45 987Z | TDAY | 2025-08-29T14 47 39 630Z | | | | 2025-08-29T14 53 43 810Z | |
| 2025083592 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 55 N LAKELAND JACKSON, MS 39201-0000 | 55 N LAKELAND | MSCPD | 2025-08-28T21 49 01 063Z | sa | 2025-08-28T21 49 01 060Z | TDAY | 2025-08-28T21 51 55 347Z | | 2025-08-28T21 50 55 727Z | 2025-08-28T21 51 36 830Z | 2025-08-28T21 59 24 180Z | 2025-08-28T22 09 08 807Z |
| 2025083559 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / RIDGEWAY RD JACKSON, MS | LAKELAND DR / RIDGEWAY RD | MSCPD | 2025-08-28T15 12 29 500Z | sa | 2025-08-28T15 41 15 497Z | MHARVEY | 2025-08-28T15 12 29 500Z | | 2025-08-28T15 12 45 747Z | 2025-08-28T15 12 54 120Z | 2025-08-28T15 23 49 957Z | 2025-08-28T15 41 12 597Z |
| 2025082891 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 1444 S GALLATIN ST JACKSON, MS 39201 | GALLATIN | MSCPD | 2025-08-23T15 58 38 157Z | sa | 2025-08-23T16 14 11 083Z | WLEHMAN | 2025-08-23T15 59 22 427Z | | 2025-08-23T15 59 22 427Z | 2025-08-23T15 59 28 740Z | 2025-08-23T16 12 290Z | |
| 2025081565 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 S FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 S FRONTAGE RD | MSCPD | 2025-08-14T01 47 36 153Z | sa | 2025-08-14T01 57 02 190Z | JMASON | 2025-08-14T01 46 54 000Z | | 2025-08-14T01 46 54 000Z | 2025-08-14T01 46 54 000Z | 2025-08-14T01 56 36 607Z | 2025-08-14T01 56 36 607Z |
| 2025081480 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | CANTON MART RD / I-55 N FRONTAGE RD JACKSON, MS | CANTON MART RD / I-55 N FRONTAGE RD | MSCPD | 2025-08-13T13 22 47 197Z | sa | 2025-08-13T13 29 53 677Z | MHARVEY | 2025-08-13T13 25 43 103Z | | 2025-08-13T13 25 43 103Z | 2025-08-13T13 32 43 567Z | 2025-08-13T13 37 33 700Z | |
| 2025081337 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 648 RAYMOND RD JACKSON, MS 39204 | RAYMOND | MSCPD | 2025-08-11T21 41 56 953Z | sa | 2025-08-11T22 17 33 940Z | SRAMAGE | 2025-08-11T21 41 56 953Z | 2025-08-11T21 53 08 190Z | | 2025-08-11T21 53 24 093Z | 2025-08-11T22 09 42 930Z | 2025-08-11T22 17 32 660Z |
| 2025080101 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I55 S FRONTAGE RD / MEADOWBROOK RD JACKSON, MS | I55 S FRONTAGE RD / MEADOWBROOK RD | MSCPD | 2025-08-01T21 56 51 067Z | sa | 2025-08-01T21 57 36 997Z | TDAY | 2025-08-01T21 48 56 797Z | | 2025-08-01T21 49 22 617Z | 2025-08-01T21 57 32 623Z | 2025-08-01T21 50 35 023Z | |
| 2025080077 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | N I 55 FRONTAGE RD JACKSON, MS | I 55 FRONTAGE | MSCPD | 2025-08-01T18 55 51 067Z | sa | 2025-08-01T19 33 36 997Z | TDAY | 2025-08-01T18 55 51 067Z | | | | 2025-08-01T18 56 03 777Z | 2025-08-01T19 33 25 143Z |
| 2025080026 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | canton mart road JACKSON, MS | canton mart road | MSCPD | 2025-08-01T13 10 08 990Z | sa | 2025-08-01T13 24 83 | TDAY | 2025-08-01T12 51 24 833Z | | | | 2025-08-01T12 59 43 410Z | 2025-08-01T13 06 633Z |
| 2025073726 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | E NORTHSIDE DR / I-55 S FRONTAGE RD JACKSON, MS | E NORTHSIDE DR / I-55 S FRONTAGE RD | MSCPD | 2025-07-31T23 46 09 390Z | sa | 2025-08-01T00 12 00 140Z | JMASON | 2025-07-31T23 46 09 390Z | | 2025-08-01T00 09 03 923Z | 2025-08-01T00 09 07 487Z | 2025-08-01T00 11 04 933Z | 2025-08-01T00 11 57 350Z |
| 2025073658 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 N FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 N FRONTAGE RD | MSCPD | 2025-07-31T14 53 46 520Z | sa | 2025-07-31T14 53 46 517Z | TDAY | 2025-07-31T14 53 46 517Z | | | | 2025-07-31T15 13 13 770Z | |
| 2025073579 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I55/FRONTAGE RD JACKSON, MS | I55/FRONTAGE | MSCPD | 2025-07-30T23 04 16 437Z | sa | 2025-07-30T23 19 00 410Z | SRAMAGE | 2025-07-30T23 04 16 437Z | | 2025-07-30T23 06 11 197Z | 2025-07-30T23 06 14 610Z | 2025-07-30T23 18 11 107Z | 2025-07-30T23 18 57 670Z |
| 2025073566 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 S FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 S FRONTAGE RD | MSCPD | 2025-07-30T21 11 07 523Z | sa | 2025-07-30T22 01 55 28 830Z | WLEHMAN | 2025-07-30T21 11 07 523Z | | | | | |
| 2025073341 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | I-55 N LAKELAND DR JACKSON, MS 39201-0000 | I-55 N LAKELAND | MSCPD | 2025-07-28T17 22 04 677Z | sa | 2025-07-28T17 56 20 980Z | KDANIELS | 2025-07-28T17 22 04 677Z | | 2025-07-28T17 24 04 460Z | 2025-07-28T17 24 09 550Z | 2025-07-28T17 28 59 427Z | 2025-07-28T17 56 19 333Z |
| 2025073204 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 969 LAKELAND DR JACKSON, MS | LAKELAND | MSCPD | 2025-07-27T16 05 57 527Z | sa | 2025-07-27T16 05 57 527Z | WLEHMAN | 2025-07-27T16 05 57 527Z | | 2025-07-27T16 16 05 013Z | | | |
| 2025072934 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 225 MEADOWBROOK RD JACKSON, MS 39206-0000 | MEADOWBROOK | MSCPD | 2025-07-25T14 03 21 380Z | sa | 2025-07-25T14 46 49 217Z | LPALMERKING | 2025-07-25T14 03 21 380Z | | 2025-07-25T14 04 07 457Z | 2025-07-25T14 04 11 807Z | 2025-07-25T14 22 16 360Z | 2025-07-25T14 46 47 537Z |
| 2025072887 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 5055 OLD CANTON RD JACKSON, MS | OLD CANTON | MSCPD | 2025-07-24T22 35 48 760Z | sa | 2025-07-24T22 51 41 850Z | MHARVEY | 2025-07-24T22 35 48 760Z | | 2025-07-24T22 36 57 553Z | 2025-07-24T22 37 08 533Z | 2025-07-24T22 50 15 733Z | 2025-07-24T22 51 40 000Z |
| 2025072883 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | i-55 frontage /canton mart JACKSON, MS | i-55 frontage /canton mart | MSCPD | 2025-07-24T21 58 26 623Z | sa | 2025-07-24T22 08 04 533Z | MHARVEY | 2025-07-24T21 58 26 623Z | | 2025-07-24T22 00 11 343Z | 2025-07-24T22 00 15 733Z | 2025-07-24T22 11 12 877Z | 2025-07-24T22 37 02 240Z |
| 2025072570 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 55 N FRONTAGE RD JACKSON, MS | 55 N FRONTAGE | MSCPD | 2025-07-22T14 27 40 210Z | sa | 2025-07-22T14 27 40 210Z | | 2025-07-22T14 35 55 250Z | | | | | |
| 2025072574 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 969 LAKELAND DR JACKSON, MS 39216 | LAKELAND | MSCPD | 2025-07-22T14 19 32 58 660Z | sa | 2025-07-22T15 07 34 560Z | TDAY | 2025-07-22T13 37 01 640Z | | 2025-07-22T13 39 55 767Z | 2025-07-22T13 40 03 393Z | 2025-07-22T14 05 45 373Z | 2025-07-22T15 07 32 717Z |
| 2025072445 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | 0 I 55 JACKSON, MS | I 55 | MSCPD | 2025-07-21T20 11 22 07 007Z | sa | 2025-07-21T20 22 83 | TDAY | 2025-07-21T19 34 31 940Z | | 2025-07-21T19 39 14 347Z | 2025-07-21T19 40 440Z | | |
| 2025071961 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 N FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 N FRONTAGE RD | MSCPD | 2025-07-17T12 36 29 500Z | sa | 2025-07-17T12 51 35 130Z | MHARVEY | 2025-07-17T12 36 29 500Z | | 2025-07-17T12 37 28 340Z | 2025-07-17T12 37 36 097Z | 2025-07-17T12 45 13 137Z | 2025-07-17T12 51 31 363Z |
| 2025071958 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | RIDGEWOOD DR / LAKELAND DR JACKSON, MS 39201-0000 | RIDGEWOOD DR / LAKELAND | MSCPD | 2025-07-17T12 09 59 650Z | sa | 2025-07-17T12 11 13 503Z | TDAY | 2025-07-17T12 11 13 503Z | | 2025-07-17T12 11 13 503Z | 2025-07-17T12 11 13 503Z | 2025-07-17T12 20 57 423Z | 2025-07-17T12 27 34 507Z |
| 2025071954 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 S FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 S FRONTAGE RD | MSCPD | 2025-07-17T11 25 57 400Z | sa | 2025-07-17T11 54 19 683Z | TDAY | 2025-07-17T11 25 57 397Z | 2025-07-17T11 37 25 337Z | | 2025-07-17T11 48 24 573Z | 2025-07-17T11 51 26 387Z | 2025-07-17T11 54 13 853Z |
| 2025071705 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | LAKELAND DR / I-55 N FRONTAGE RD JACKSON, MS | LAKELAND DR / I-55 N FRONTAGE RD | MSCPD | 2025-07-15T11 31 16 070Z | sa | 2025-07-15T12 18 26 077Z | LPALMERKING | 2025-07-15T11 31 16 067Z | | 2025-07-15T11 38 14 547Z | 2025-07-15T11 38 17 513Z | 2025-07-15T11 44 12 047Z | 2025-07-15T12 06 19 520Z |
| 2025071653 | PAN | PAN | PANHANDLING | | Closed | 2E+09 | MEADOWBROOK RD / I-55 S FRONTAGE RD JACKSON, MS | MEADOWBROOK RD / I-55 S FRONTAGE RD | MSCPD | 2025-07-14T18 57 59 810Z | sa | 2025-07-14T19 01 53 353Z | LPALMERKING | 2025-07-14T18 57 59 810Z | | 2025-07-14T18 58 05 997Z | 2025-07-14T18 59 40 440Z | | 2025-07-14T18 59 20 690Z |

EXHIBIT G

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025071640 | PAN | PAN | PANHANDLING | Closed | 2E+09 | I-55 N LAKELAND DR JACKSON, MS 39201-0000 | I-55 N LAKELAND | MSCPD | 2025-07-14T16 38 36 260Z sa | 2025-07-14T16 52 48 980Z LPALMERKING | 2025-07-14T16 38 36 257Z | 2025-07-14T16 42 30 893Z | 2025-07-14T16 42 52 170Z | 2025-07-14T16 48 24 090Z | 2025-07-14T16 52 46 700Z |
| 2025071449 | PAN | PAN | PANHANDLING | Closed | 2E+09 | LAKELAND DR / RIDGEWOOD RD JACKSON, MS | LAKELAND DR / RIDGEWOOD RD | MSCPD | 2025-07-13T00 32 59 417Z sa | 2025-07-13T00 54 46 777Z SRAMAGE | 2025-07-13T00 32 59 413Z | 2025-07-13T00 33 45 163Z | 2025-07-13T00 33 50 030Z | 2025-07-13T00 37 32 980Z | 2025-07-13T00 54 44 697Z |
| 2025071149 | PAN | PAN | PANHANDLING | Closed | 2E+09 | MEADOWBROOK RD JACKSON, MS | MEADOWBROOK | MSCPD | 2025-07-10T14 50 36 660Z sa | 2025-07-10T16 44 11 807Z TDAY | 2025-07-10T14 50 36 657Z | 2025-07-10T14 51 50 753Z | 2025-07-10T14 52 40 560Z | 2025-07-10T15 17 50 173Z | 2025-07-10T15 21 52 627Z |
| 2025071060 | PAN | PAN | PANHANDLING | Closed | 2E+09 | I 55/FRONTAGE/NORTHSIDE JACKSON, MS | I 55/FRONTAGE/NORTHSIDE | MSCPD | 2025-07-09T16 45 36 537Z sa | 2025-07-09T16 49 30 677Z LPERKINS | 2025-07-09T16 45 36 537Z | 2025-07-09T16 45 45 610Z | | 2025-07-09T16 46 19 237Z | 2025-07-09T16 49 29 170Z |
| 2025070859 | PAN | PAN | PANHANDLING | Closed | 2E+09 | I55 FRONTAGE JACKSON, MS | I55 FRONTAGE | MSCPD | 2025-07-08T13 43 48 610Z sa | 2025-07-08T13 48 33 390Z LPERKINS | 2025-07-08T13 43 48 610Z | | 2025-07-08T13 47 44 710Z | 2025-07-08T13 48 25 287Z | |
| 2025070768 | PAN | PAN | PANHANDLING | Closed | 2E+09 | 3809 NORTHVIEW DR JACKSON, MS 39206 | NORTHVIEW | MSCPD | 2025-07-07T23 17 11 000Z sa | 2025-07-07T23 30 02 623Z SRAMAGE | 2025-07-07T23 17 11 000Z | 2025-07-07T23 19 31 980Z | 2025-07-07T23 21 03 087Z | 2025-07-07T23 27 33 390Z | 2025-07-07T23 30 01 523Z |
| 2025070752 | PAN | PAN | PANHANDLING | Closed | 2E+09 | lakeland dr JACKSON, MS | lakeland dr | MSCPD | 2025-07-07T21 38 32 897Z sa | 2025-07-07T22 00 53 837Z LPERKINS | 2025-07-07T21 38 32 897Z | | 2025-07-07T21 39 59 120Z | 2025-07-07T21 55 13 350Z | 2025-07-07T22 00 50 977Z |
| 2025070710 | PAN | PAN | PANHANDLING | Closed | 2E+09 | 0 N JEFFERSON JACKSON, MS | JEFFERSON | MSCPD | 2025-07-07T15 50 31 270Z sa | 2025-07-07T15 56 39 877Z LPERKINS | 2025-07-07T15 50 31 270Z | 2025-07-07T15 52 03 777Z | 2025-07-07T15 52 15 300Z | | |
| 2025070355 | PAN | PAN | PANHANDLING | Closed | 2E+09 | NORTHSIDE/I-55 JACKSON, MS | NORTHSIDE/I-55 | MSCPD | 2025-07-03T22 17 32 400Z sa | 2025-07-03T22 38 02 193Z WLEHMAN | 2025-07-03T22 17 32 400Z | 2025-07-03T22 30 06 860Z | 2025-07-03T22 30 08 243Z | 2025-07-03T22 30 10 207Z | |
| 2025070282 | VAG | PAN | PANHANDLING | Closed | 2E+09 | 55/LAKELAND DR JACKSON, MS | 55/LAKELAND DR | MSCPD | 2025-07-03T13 17 28 893Z sa | 2025-07-03T13 46 31 067Z WLEHMAN | 2025-07-03T13 17 28 893Z | 2025-07-03T13 31 34 227Z | | 2025-07-03T13 31 43 890Z | |