UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
Nov 04 2026
ARTHUR JOHNSTON, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Administrative Orders of the District Court Case File No. 3:40-mc-13

**<u>ORDER REASSIGNING CASES</u>**

DUE TO THE RETIREMENT of U. S. Magistrate Judge Michael T. Parker, and with respect to all open cases assigned to him as of close of business November 3, 2026, the Clerk is directed to re-assign:

**I. Civil Cases**

(1) all Eastern Division civil cases assigned to U. S. District Judge Kristi H. Johnson evenly to U. S. Magistrate Judges LaKeysha Greer Isaac and Andrew S. Harris;

(2) all Eastern Division civil cases assigned to U. S. District Judge Louis Guirola, Jr. evenly to U. S. Magistrate Judges Bradley W. Rath and Robert P. Myers, Jr;

(3) all Eastern Division civil cases assigned to U. S. District Judge Taylor B. McNeel to U. S. Magistrate Judge Robert P. Myers, Jr.;

(4) all Eastern Division civil cases assigned to Chief U. S. District Judge Halil S. Ozerden to U. S. Magistrate Judge Bradley W. Rath;

(5) all Northern Division civil cases evenly to U. S. Magistrate Judges LaKeysha Greer Isaac and Andrew S. Harris in accordance with Section VIII of Internal Rule 1;

(6) all Southern and Western Division civil cases as reflected in Exhibit A;

## II. Criminal Cases

(7) all Eastern Division criminal cases evenly to U. S. Magistrate Judges LaKeysha Greer Isaac and Andrew S. Harris, regardless of District Judge assignment; and

(8) all Southern Division criminal cases evenly to U. S. Magistrate Judges Bradley W. Rath and Robert P. Myers, Jr., regardless of District Judge assignment.

IT IS FURTHER ORDERED that (a) the present District Judge assignment for all these cases will remain unchanged, and (b) a copy hereof be docketed in each listed case.

SO ORDERED this the 4th day of November 2026.

s/ Halil Suleyman Ozerden
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE

# Exhibit A

| Case | Short Title | Assigned to |
|---|---|---|
| 1:21-cv-00140-TBM-MTP | Minnesota Life Ins. Co. v. Davis et al | BWR |
| 1:23-cv-00100-HSO-MTP | Rx Solutions, Inc. v. Caremark, L.L.C. et al | ASH |
| 1:24-cv-00325-TBM-MTP | Adams v. Square Robot, Inc. | LGI |
| 1:25-cv-00342-HSO-MTP | Morgan v. Chevron USA Inc. | LGI |
| 1:25-cv-00357-LG-MTP | Ramsey v. Cain | RPM |
| 1:25-cv-00363-HSO-MTP | Mariano v. Gulf LNG Energy, LLC | LGI |
| 1:26-cv-00086-LG-MTP | Smith v. Cain | RPM |
| 1:26-cv-00175-LG-MTP | Radford v. Hancock Whitney Bank | ASH |
| 1:26-cv-00222-TBM-MTP | McKinley v. Hancock Whitney Bank | ASH |
| 1:26-cv-00230-TBM-MTP | Kling v. Chevron USA, Inc. et al | LGI |
| 1:26-cv-00288-HSO-MTP | Jackson v. Huffman et al | BWR |
| 5:26-cv-00530-DCB-MTP | Barker v. Commissioner of Social Security | BWR |